## A08A0042. CONDRA et al. v. ATLANTA ORTHOPAEDIC GROUP, P.C. et al.

(685 SE2d 458)

MILLER, Chief Judge.

In *Condra v. Atlanta Orthopaedic Group*, 285 Ga. 667 (681 SE2d 152) (2009), the Supreme Court of Georgia reversed the judgment of this Court in *Condra v. Atlanta Orthopaedic Group*, 292 Ga. App. 276 (664 SE2d 281) (2008). Therefore, we vacate our earlier opinion and adopt the opinion of the Supreme Court as our own.

*Judgment reversed. Blackburn, P. J., and Ellington, J., concur.*

DECIDED OCTOBER 15, 2009.

*Pope & Howard, Geoffrey E. Pope, Doffermyre, Shields, Canfield, Knowles & Devine, Ralph I. Knowles, Jr.,* for appellants.

*Huff, Powell & Bailey, Daniel J. Huff, Camille N. Jarman,* for appellees.